IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| JACQUARD MERRITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV-06-2215 |
| | ) |
| CITY OF MONTGOMERY, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

TO:	Melissa A. Rittenour
	Circuit Clerk
	251 S. Lawrence Street
	Montgomery, AL 36104

	Joe M. Reed, Esq.
	524 S. Union Street
	Montgomery, Alabama 36104

	John T. Harmon, Esq.
	Assistant U.S. Attorney
	One Court Square
	Montgomery, Alabama 36104

Please take notice that Defendants, City of Montgomery, Chief Arthur Baylor, Major Henry Davis and Corporal T. D. James, have on this date filed a Notice of Removal, a true and correct copy of which is attached hereto, in the office of the clerk of the United States District Court for the Middle District of Alabama, Northern Division, at Montgomery, Alabama.

Respectfully submitted this the 13th day of December, 2006.

_____
Kimberly O. Fehl (FEH001)

EXHIBIT B

OF COUNSEL:
Legal Department
City of Montgomery
Post Office Box 1111
Montgomery, Alabama 36101-1111
(334) 241-2050
(334) 241-2310 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the above and foregoing to the attorneys listed below by hand delivery or by placing a copy of same in the United States Mail, postage prepaid, this 13th day of December, 2006:

Joe M. Reed, Esq.
524 S. Union Street
Montgomery, Alabama 36104

John T. Harmon, Esq.
Assistant U.S. Attorney
One Court Square
Montgomery, Alabama 36104

_____
Of Counsel