IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACQUARD MERRITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-1105- MEF |
| | ) |
| CITY OF MONTGOMERY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

This case has been removed from the Circuit Court of Montgomery County, Alabama, Case No. CV-06-2215.  In the file is a pleading titled "Temporary Restraining Order and Motion For Release and Return of Seized Money," which the court construes as a motion for temporary restraining order.  Honorable Eugene Reese, Circuit Judge of Montgomery County, Alabama entered an order in the case on December 13, 2006 as follows:  "Defendant ordered to return money to petitioner within 30 days, unless condemnation or forfeiture proceedings are filed. Case dismissed."  The court finds that the motion for temporary restraining order has been ruled upon by the state court judge, and is not a pending motion in this action.

This matter is being addressed by the undersigned district judge in the absence of the district judge to which the case is assigned.  Further proceedings shall be conducted by the judge assigned to the case.

Done this the 14th day of December, 2006.

　　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE