**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| JACQUARD MERRITT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.  2:06-cv-1105 |
| | ) |
| | ) |
| CITY OF MONTGOMERY, et al., | ) |
| | ) |
|     Defendants. | ) |

**ANSWER OF DEFENDANTS TO PLAINTIFF'S AMENDED COMPLAINT**

**COME NOW** Defendants, City of Montgomery, Arthur Baylor, T.D. James, Henry Davis

and as answer to Plaintiff's Amended Complaint state unto the Court the following:

**Parties**

Defendants admit that the City of Montgomery is a municipal corporation organized

under the laws of the state of Alabama.  Defendants deny all other allegations in Plaintiff's

statement of the parties and demand strict proof thereof.

**Facts**

1. Defendants deny the allegations in paragraph 1 and demand strict proof thereof.

2. Defendants deny the allegations in paragraph 2 and demand strict proof thereof.

3. Defendants deny the allegations in paragraph 3 and demand strict proof thereof.

4. Defendants deny the allegations in paragraph 4 and demand strict proof thereof.

5. Defendants deny the allegations in paragraph 5 and demand strict proof thereof.

6. Defendants deny the allegations in paragraph 6 and demand strict proof thereof.

7.  Defendants deny the allegations in paragraph 7 and demand strict proof thereof.

8.  Defendants deny the allegations in paragraph 8 and demand strict proof thereof.

9.  Defendants deny the allegations in paragraph 9 and demand strict proof thereof.

10.  Defendants deny the allegations in paragraph 10 and demand strict proof thereof.

11.  Defendants deny the allegations in paragraph 11 and demand strict proof thereof.

12.  Defendants deny the allegations in paragraph 12 and demand strict proof thereof.

13.  Defendants deny the allegations in paragraph 13 and demand strict proof thereof.

14.  Defendants deny the allegations in paragraph 14 and demand strict proof thereof.

15.  Defendants deny the allegations in paragraph 15 and demand strict proof thereof.

16.  Defendants deny the allegations in paragraph 16 and demand strict proof thereof.

17.  Defendants deny the allegations in paragraph 17 and demand strict proof thereof.

18.  Defendants deny the allegations in paragraph 18 and demand strict proof thereof.

19.  Defendants deny the allegations in paragraph 19 and demand strict proof thereof.

## Demand for Judgment

Defendants deny that Plaintiff is entitled to any relief requested in paragraphs 1 – 5 of the Demand for Judgment and demand strict proof thereof.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendants assert that the Complaint fails to state a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendants deny that Plaintiff is entitled to any relief.

### THIRD AFFIRMATIVE DEFENSE

Defendants plead the general issue.

### FOURTH AFFIRMATIVE DEFENSE

Defendants deny all material allegations not specifically admitted and demands strict proof

thereof.

### FIFTH AFFIRMATIVE DEFENSE

Defendants assert that Plaintiff has failed to state injuries or damages caused by Defendants

which violated Plaintiff's constitutional rights or for which any relief can be granted.

### SIXTH AFFIRMATIVE DEFENSE

Defendants plead qualified and/or discretionary function immunity.  Defendants assert

tort immunity pursuant to *ALA. Code* § 6-5-338 (1975).

### SEVENTH AFFIRMATIVE DEFENSE

Defendants assert that Plaintiff was guilty of negligence, wantonness, recklessness and

intentional acts or criminal acts which proximately caused or contributed to the injuries or

damages he claims.

### EIGHTH AFFIRMATIVE DEFENSE

Defendants assert state actor immunity pursuant to Article 1 § 14, Constitution of Alabama

(1901).

### RESERVATION OF DEFENSES

Defendants reserve the right to plead additional defenses as they become known in the course

of discovery.

Done this the 2nd day of January, 2007.

/s/Kimberly O. Fehl
Kimberly O. Fehl (FEH001)

**Legal Division**
103 N. Perry Street
Post Office Box 1111
Montgomery, Alabama  36101-1111
(334) 241-2050
(334) 241-2310 FAX

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing document upon the following  by electronic mail/filing or by United States Mail, postage prepaid, this the 2nd day of January, 2007.

Joe M. Reed, Esq.
524 South Union Street
Montgomery, AL  36104

/s/ Kimberly O. Fehl
OF COUNSEL