IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACQUARD MERRITT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1105-MEF |
| | ) |
| THE CITY OF MONTGOMERY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

The Court held a status conference in this case on January 5, 2007. The Court finds that there is a material dispute between the parties concerning the Court's jurisdiction in this case as removed from state court. It is therefore ORDERED that: (1) Plaintiff shall show cause no later than January 19, 2007 why the Court has jurisdiction over this case; (2) Defendant shall respond no later than February 2, 2007; and (3) Plaintiff may file a reply no later than February 9, 2007.

Under any circumstances, Plaintiff's request for a temporary restraining order (Doc. # 1) filed December 13, 2006, fails to meet the requirements as set forth in Rule 65(b), and, assuming that the Court has jurisdiction over this matter, it is ORDERED that Plaintiff's request for a temporary restraining order (Doc. # 1) is DENIED.

DONE this the 5th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE