IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACQUARD MERRITT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1105-MEF |
| | ) |
| THE CITY OF MONTGOMERY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**AMENDED SHOW CAUSE ORDER**

This cause is before the Court on Plaintiff's Motion for Clarification of Order Dated January 5, 2007 (Doc. # 7). Upon consideration, it is hereby ORDERED that:

1. Plaintiff's motion is GRANTED.

2. The show cause deadlines in the Court's Order (Doc. # 6) filed January 5, 2007 are VACATED.

3. Defendants shall show cause no later than January 26, 2007 why the Court has jurisdiction over this case.

4. Plaintiff shall respond no later than February 9, 2007.

5. Defendants may file a reply no later than February 16, 2007.

DONE this the 16th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE